UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 - 0483 PJH |
| Plaintiff, ) | [PROPOSED] ORDER REGARDING DETENTION – 18 U.S.C. §§ 3141, 3142 |
| v. ) | |
| SANDOR LAKATOS, ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

      The above-entitled matter came on for a detention hearing of defendant SANDOR LAKATOS ("LAKATOS") on July 22, 2005, before the Honorable Nandor Vados, United States Magistrate for the Northern District of California, with appearances by Timothy Lucey, Assistant United States Attorney, for the Plaintiff, and Arthur Wachtel, Esq., for the Defendant.

      Oral argument having been made by both parties along with a written report from Pre-Trial Services, the Court ruled as follows:

      The Court considered all of the information, evidence, and argument presented by counsel for the government, for the defendant LAKATOS, and by Pre-Trial Services, pursuant to 18 U.S.C. § 3161(e)-(f)-(g).

[PROPOSED] ORDER REGARDING DETENTION

The Court, after considering all such information, evidence, and argument, finds that the defendant Lakatos, having been charged in a criminal complaint with a violation of 21 U.S.C. § 846 that carries a maximum prison term of 10 years or more, has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community, based, in particular, on the following available information:

- Defendant is currently serving a term of felony probation in Alameda on a drug-related offense;
- Defendant has three bench warrants on his record, of which at least two appear to remain active; and,
- the unwillingness of any third-parties to come forward to act as sureties gives the Court concern about the defendant's likelihood of appearing for future court dates.

ACCORDINGLY, THE COURT HEREBY ORDERS THAT the defendant ~~TWINE~~ LAKATOS be detained in custody of the United States Marshal.

The Court further orders and directs, pursuant to 18 U.S.C. § 3141(i):  that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with his counsel; and, that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the person is confined deliver the person to a United States Marshall for the purpose of an appearance in connection with a court proceeding.

Defendant is ordered to appear before the Honorable Phyllis J. Hamilton of this Court on September 7, 2005, at 1:30 p.m., for further proceedings in this matter.

**IT IS SO ORDERED.**

**DATED:** 8/23, 2005

**NANDOR VADAS**
**United States Magistrate**

[PROPOSED] ORDER REGARDING DETENTION