KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94103
    Telephone: (415) 436-7152
    Facsimile:  (415) 436-7234
    E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 - 0483 PJH |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [P~~ROPOS~~ED] ORDER |
| SANDOR LAKATOS, ) | |
|     Defendant. ) | |

    WHEREAS, the matter is currently set for a hearing on defendant's Motion to Disclose a Confidential Informant as well as his Motion for Bill of Particulars on Wednesday, March 15, 2006, at 1:30 p.m. before this Court;

    WHEREAS, the defendant had requested and the government did not object, to the defendant's filing his Motion for Bill of Particulars after February 8, 2006, the original deadline for the filing of defendant's pre-trial motions;

    WHEREAS, co-counsel for the government on this matter, C. David Hall, has been out of the District for the week of February 13, 2006 and is not due back until February 21, 2006;

    WHEREAS, the other co-counsel for the government, Timothy J. Lucey, has been serving as the duty attorney for the United States Attorney's Office from February 10 through February

STIPULATION AND [PROPOSED] ORDER/LAKATOS
CR 05 - 0483 PJH                   1

1  17, 2006, and by necessity attending to multiple matters and multiple court appearances beyond
2  his own caseload and outside of his normal duties;
3      WHEREAS, the government has requested five (5) additional days to complete its
4  research and drafting of its responses to defendant's motions and, furthermore, where the
5  defendant does not object to the additional time requested, in light of the government's
6  accommodation of the timing of the defendant's original filings and government's counsel's
7  unavailability and/or scheduling conflicts since those papers were filed;
8      WHEREAS, the government is agreeable to defendant's request for a reciprocal
9  extension to file its replies, if any, to the government's opposition papers;
10     WHEREAS, the parties' modification to the schedule, whereby the government will file
11 its opposition papers on or before February 27, 2006, with any replies to be filed by the defendant
12 on or before March 6, 2006, w~~ill provide the Court with more than two weeks to review the~~
13 ~~government's opposition and nearly ten (10) days to review the defendant's replies, if any, and~~
14 ~~does not request a delay or modification to the hearing date now set for March 15, 2006~~;
15     ACCORDINGLY, the parties hereby stipulate and respectfully request that the briefing
16 schedule as to defendant's pending motions be modified as follows:
17     The government shall its opposition papers to the defendant's pending motions <u>on or</u>
18 <u>before February 27, 2006</u>;
19     The defendant shall file its reply papers, if any, to the government's opposition papers,
20 <u>on or before March 6, 2006</u>.
21     The hearing date for the defendant's motion s~~hall remain unchanged, and the hearin~~g will
22 be held on <u>March ~~15~~ 22, 2006, at 1:30 p.m.</u> before this Court.
23     **IT IS SO STIPULATED.**
24 Dated: _____        /s/
                                _____
25                              ARTHUR WACHTEL
                                Attorney for Defendant
26                              SANDOR LAKATOS
27
28

STIPULATION AND [PROPOSED] ORDER/LAKATOS
CR 05 - 0483 PJH                          2

1
2                                         KEVIN V. RYAN
                                          United States Attorney
3
4  Dated:                                        /s/
                                          TIMOTHY J. LUCEY
5                                         Assistant United States Attorney
6
7     **IT IS SO ORDERED.**
8
9  Dated:  2/22/06

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" signed Judge Phyllis J. Hamilton]*