KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94103
    Telephone: (415) 436-7152
    Facsimile:  (415) 436-7234
    E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 - 0483 PJH |
|     Plaintiff, | ) | |
| | ) | STIPULATION AND |
|     v. | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| SANDOR LAKATOS, | ) | |
| | ) | |
|     Defendant. | ) | |

    WHEREAS, the matter is currently set for a hearing on defendant's Motion to Disclose a Confidential Informant as well as his Motion for Bill of Particulars on Wednesday, March 22, 2006, at 1:30 p.m. before this Court;

    WHEREAS, the parties' initial trial papers, including pre-trial conference statement and motions in limine, are due to be filed on Wednesday, March 22, 2006, ten (10) court days prior to the parties' pre-trial conference now set for Wednesday, April 5, 2006;

    WHEREAS, the parties will not be able to finalize their trial papers, particularly the pre-trial conference statement and motions in limine, until after the Court rules on defendant's pending motions regarding discovery;

    WHEREAS, the parties agree that a brief continuance to file the initial trial papers, until

1  Friday, March 24, 2006, would be appropriate and serve the interests of the parties and the Court
2  in preparing for the pre-trial conference on April 5, 2006;
3      ACCORDINGLY, the parties hereby stipulate and respectfully request that the schedule
4  as to preparation for the pre-trial conference be modified as follows:
5      The parties shall file their initial pre-trial papers, including any motions in limine, <u>on or
6  before March 24, 2006</u>;
7      The parties shall file their remaining pre-trial papers, including responses to any motions
8  in limine, on the date already scheduled by the Court's pre-trial order, which remains March 29,
9  2006.
10     The pre-trial conference date shall remain as scheduled for <u>April 5, 2006, at 1:30 p.m.</u>
11 before this Court.
12 **IT IS SO STIPULATED.**
13
14 Dated: _____              /s/
15                                ARTHUR WACHTEL
                               Attorney for Defendant
16                                SANDOR LAKATOS
17
                               KEVIN V. RYAN
18                                United States Attorney
19
20 Dated: _____              /s/
21                                TIMOTHY J. LUCEY
                               Assistant United States Attorney
22
23 **IT IS SO ORDERED.**
24
25 Dated: 3/17/06
26
27                                IT IS SO ORDERED
                               Judge Phyllis J. Hamilton
28