1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   TIMOTHY J. LUCEY (CSBN 172332)
    Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234
       E-mail: Timothy.Lucey@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13   UNITED STATES OF AMERICA,        )      No. CR 05 - 0483 PJH
                                       )
14         Plaintiff,                  )
                                       )
15   v.                                )      AMENDED STIPULATION AND
                                       )      [PROPOSED] SPEEDY TRIAL ORDER
16   SANDOR LAKATOS,                   )
                                       )
17         Defendant.                  )
                                       )
     _____)
18

19        WHEREAS, SANDOR LAKATOS ("Lakatos") is charged in a felony indictment with

20   violations of federal law;

21        WHEREAS, this matter had been set for trial to begin on Monday, April 17, 2006, before

22   this Court;

23        WHEREAS, the parties have been engaging in ongoing settlement negotiations while

24   preparing for the aforesaid trial that now been reduced to writing in a proposed plea agreement

25   which the parties incorporate by reference and separately lodge with the Court;

26        WHEREAS, the parties are agreeable to returning to Court on Wednesday, April 12,

27   2006, at 1:30 p.m., for a change of plea to the pending indictment pursuant to a plea agreement;

28   ////

AMENDED STIPULATION AND [PROPOSED]
SPEEDY TRIAL ORDER CR 05 - 0483 PJH

1   WHEREAS, in light of the foregoing, the parties, including the defendant, are agreeable

2   to vacating the dates set for the pre-trial conference and trial and excluding time under the

3   Speedy Trial Act in order to permit the Court to consider the proposed plea agreement in

4   advance of a change of plea by the defendant pursuant to the aforementioned and attached plea

5   agreement, as provided for 18 U.S.C. § 3161(h)(1)(I).

6   **THEREFORE,** the parties, including Mr. Lakatos, hereby mutually agree and stipulate

7   that:

8       1) The dates set for the pre-trial conference and trial are hereby vacated;

9       2) The defendant's pending motions are hereby withdrawn;

10      3) The matter shall be continued until April 12, 2006, at 1:30 p.m., to allow sufficient

11          time for the Court to consider the proposed plea agreement to be entered into by the

12          parties; and,

13      4) Time shall be excluded under the Speedy Trial Act from March 24, 2006 until

14          April 12, 2006, on the grounds that in order to permit the Court to consider the proposed

15          plea agreement, pursuant to 18 U.S.C. § 3161(h)(1)(I).

16

17  **IT IS SO STIPULATED.**

18

19  LAW OFFICES OF ARTHUR WACHTEL               KEVIN V. RYAN
                                                United States Attorney
20

21

22

23  ARTHUR WACHTEL                              TIMOTHY LUCEY
    for Defendant Sandor Lakatos               Assistant United States Attorney
24

25  **IT IS SO ORDERED.**

26
                    3/30/06
27  Dyted: _____

28                                              HON. PHYLLIS J. HAMILTON
                                                United States District Court

AMENDED STIPULATION AND [PROPOSED]
SPEEDY TRIAL ORDER  CR 05 - 0483 PJH          2