# United States District Court

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**UNITED STATES OF AMERICA** )
)
**vs.** )     **Docket Number: CR 05-00483-02-PJH**
)
**Sandor Lakatos** )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ~~July 26, 2006~~ July 26, 2006

be continued until _____August 30, 2006_____ at _____1:30 p.m._____ .

Date: 7/24/06

Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04